IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION



UNITED STATES OF AMERICA

v.   CRIMINAL NO. 5:24-cr-7-DCB-ASH

IVORY WILLIAMS   18 U.S.C. § 242

**The United States Attorney charges:**

On or about November 20, 2023, in Claiborne County, in the Western Division of the Southern District of Mississippi, the defendant, **IVORY WILLIAMS**, while acting under color of law as a Port Gibson Police Officer, choked and punched T.R., while T. R. was handcuffed, thereby willfully depriving T.R. of her right, secured and protected by the Constitution and laws of the United States, to be free from the use of unreasonable force and seizure by a law enforcement officer.

All in violation of Title 18, United States Code, Section 242.

TODD W. GEE
United States Attorney